1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  SALVADOR RAMIREZ-FERNANDEZ

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )   NO. 1:10-cr-00071 AWI
                                        )
12          Plaintiff,                  )   STIPULATION TO CONTINUE STATUS
                                        )   CONFERENCE HEARING; ORDER
13      v.                              )
                                        )   Date:  April 25, 2011
14  SALVADOR RAMIREZ-FERNANDEZ, et.     )   Time:  9:00 A.M.
    al,                                 )   Judge: Hon. Anthony W. Ishii
15                                      )
            Defendants.                 )
16  _____)

17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto and through their

19  respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for

20  April 11, 2011 **may be continued to April 25, 2011 at 9:00 a.m.**

21      This continuance is requested by counsel for the defendant to allow additional time for further

22  defense preparation and to provide the parties additional time for plea negotiation prior to hearing.

23  Assistant United States Attorney Kathleen Servatius has no objection to this request.  The requested

24  continuance will conserve time and resources for both counsel and the court.

25  ///

26  ///

27  ///

28  ///

1    The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in
2    that the ends of justice served by the continuance outweigh the best interest of the public and the defendant
3    in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the
4    reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: April 7, 2011            By  /s/ Kathleen Servatius
                                    KATHLEEN SERVATIUS
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    DANIEL J. BRODERICK
                                    Federal Defender


DATED: April 7, 2011            By  /s/ Melody M. Walcott
                                    MELODY M. WALCOTT
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    SALVADOR RAMIREZ-FERNANDEZ
```

## ORDER

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   April 8, 2011                    _____
                                          CHIEF UNITED STATES DISTRICT JUDGE