UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>SALVADOR RAMIREZ FERNANDEZ,<br><br>              Defendant. | Case No.: 1:10-cr-00071-AWI-DLB-1<br><br>**ORDER RE PRO SE SENTENCE REDUCTION MOTION** (Doc. 134) |

Defendant has filed a pro se motion to reduce sentence pursuant to Title 18, United States Code, Section 3582(c)(2) ("Section 3582 Motion"). Pursuant to Eastern District of California General Order 546, the Federal Defender's Office ("FDO") is hereby appointed to represent Defendant in this matter. The FDO shall have 90 days from the filing date of this Order to file a supplement to Defendant's pro se Section 3582 Motion or to notify the Court that it does not intend to file a supplement to the motion. Thereafter, the government shall have 30 days from the date of the FDO's filing to file a response to Defendant's Section 3582 Motion.

IT IS SO ORDERED.

Dated:   October 15, 2015                                  _____
                                                                                SENIOR DISTRICT JUDGE